UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOGESH BALWAN,

Petitioner,

v.

PAM BONDI et al.,

Respondents.

CASE NO. 2:26-cv-00248-LK

ORDER DENYING MOTION FOR
TEMORARY RESTRAINING ORDER

This matter comes before the Court on Petitioner Yogesh Balwan's Motion for Temporary Restraining Order ("TRO"). Dkt. No. 2. Balwan claims that he is unlawfully detained at the Northwest ICE Processing Center in Tacoma, Washington. *Id.* at 1, 3–4. He seeks an ex parte order preventing his transfer or removal and requiring his release or a hearing within seven days. *Id.* at 1–2. For the reasons stated below, the Court denies the motion.

Balwan's motion is largely mooted by this District's General Order 10-25, *see* Dkt. No. 5, which overlaps with the relief sought in the TRO motion. Additionally, the motion does not establish that transfer or removal is imminently likely. Moreover, because Balwan's request for release from detention "is the same relief ultimately sought by his habeas petition, the Court concludes that it falls outside the limited purpose of a TRO and should instead be decided either

ORDER DENYING MOTION FOR TEMORARY RESTRAINING ORDER - 1

after a preliminary injunction hearing or through regular adjudication of the habeas petition itself." *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2165995, at *7 (W.D. Wash. July 30, 2025); *see also Tang v. Bondi*, No. 2:25-CV-01473-RAJ-TLF, 2025 WL 2979938, at *2 (W.D. Wash. Sept. 3, 2025).

The Clerk is directed to send uncertified copies of this Order and of this District's General Order 10-25 to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 22nd day of January, 2026.

Lauren King
United States District Judge

ORDER DENYING MOTION FOR TEMORARY RESTRAINING ORDER - 2